IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES E. HOWELL, #260 462, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO 1:12-cv-1041-WHA |
| | ) |
| J. C. GILES, et al., | )     (WO) |
| | ) |
| Respondents. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #19), entered on March 4, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice. Final Judgment will be entered accordingly.

DONE this 29th day of March, 2016.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE